IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAVID LOUIS WHITEHEAD, § § Plaintiff, § § v. § NETFLIX INC. ET AL, § § Defendants. § | Case No. 2:18-cv-00460-RWS-RSP |

## ORDER

Before the Court is Defendants Netflix Inc.'s and Viacom's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a). (Dkt. No. 70.) This Motion seeks to transfer this action to the Central District of California. (*Id.* at 1.) At the hearing on June 24, 2019, Plaintiff indicated that he joined in the request to transfer the case to the Central District of California.

Because the parties agree on this Motion, and this case is at a very early procedural stage, the Court **GRANTS** Defendant Netflix Inc.'s and Viacom's Motion to Transfer. It is therefore **ORDERED** that this action shall be transferred to the Central District of California without delay.

**SIGNED** this 24th day of June, 2019.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE